| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter **11** | |
| | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Via Mizner Owner I, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4023536** | |
| 4. | **Debtor's address** | **Principal place of business** **1515 N. Federal Hwy, Ste 306** **Boca Raton, FL 33432** Number, Street, City, State & ZIP Code **Palm Beach** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Via Mizner Owner I, LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  **Via Mizner Owner I, LLC**  Case number (*if known*) _____
       Name

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>             Contact name _____<br>             Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49       ☐ 1,000-5,000       ☐ 25,001-50,000<br>■ 50-99       ☐ 5001-10,000       ☐ 50,001-100,000<br>☐ 100-199       ☐ 10,001-25,000       ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000       ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million       ■ $100,000,001 - $500 million       ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000       ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million       ■ $100,000,001 - $500 million       ☐ More than $50 billion |

Debtor **Via Mizner Owner I, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 15, 2025**
MM / DD / YYYY

**X** **/s/ Mark Gensheimer**         **Mark Gensheimer**
Signature of authorized representative of debtor        Printed name

Title **Manager**

**18. Signature of attorney**

**X** **/s/ Bradley S. Shraiberg**         Date **January 15, 2025**
Signature of attorney for debtor         MM / DD / YYYY

**Bradley S. Shraiberg 121622**
Printed name

**Shraiberg Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone **561 443 0800**      Email address **bss@slp.law**

**121622 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Via Mizner Owner I, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
■ Other document that requires a declaration    **Petition**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 14, 2025**    X *Mark A. Gensheimer*
                                        Mark A. Gensheimer (Jan 14, 2025 17:34 EST)
                                        Signature of individual signing on behalf of debtor

                                        **Mark Gensheimer**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Via Mizner Owner I, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advanced Control Corporation 6001 N.E. 14th Avenue Fort Lauderdale, FL 33334 | | | | | | $2,710.84 |
| AJ Staps Interior Design 2808 NE 16 AVE Wilton Manors, FL 33334 | | | | | | $2,250.00 |
| All Florida Mechanical Services, LLC 1602 W Timberlane Dr Plant City, FL 33566 | | | | | | $27,831.71 |
| ASSA Abloy Hospitality 631 International Parkway Ste 100 Richardson, TX 75081 | | | | | | $4,343.95 |
| Automated Valet Parking Manager LLC 13798 NW 4th St, Ste 300 Sunrise, FL 33325 | | | | | | $1,550.00 |
| Barfield, McCain Ayoub P.A. 4460 Medical Center Way West Palm Beach, FL 33407 | | | | | | $1,410.75 |

Debtor **Via Mizner Owner I, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Best Office Coffee Service, Inc.**  13130 SW 130th Ter  Miami, FL 33186 | | | | | | $5,893.74 |
| **BrightView Landscape Services, Inc.**  980 Jolly Rd Ste 300  Blue Bell, PA 19422 | | | | | | $2,154.20 |
| **Ecolo Odor Control**  715 N. Dixie Hwy  Hallandale Beach, FL 33009 | | | | | | $2,445.00 |
| **Elevated Living**  840 SW 10th St  Fort Lauderdale, FL 33315 | | | | | | $3,930.00 |
| **Ferguson Enterprises, Inc. Pittsburgh**  PO Box 644054  Pittsburgh, PA 15264 | | | | | | $24,781.23 |
| **HD Supply Facilities Maintenance LTD**  PO Box 509058  San Diego, CA 92150 | | | | | | $4,785.57 |
| **LeaseHawk**  16435 N Scottsdale Rd #280  Scottsdale, AZ 85254 | | | | | | $1,525.00 |
| **Parking Boss**  2911 1/2 Hewitt Ave, Ste 8  Everett, WA 98201 | | | | | | $1,239.26 |
| **Platinum Group Security**  P.G. Security, Inc.  PO Box 4017  Boca Raton, FL 33429 | | **Security Payables** | | | | $132,041.78 |
| **PooPrints**  **BioPet Vet Lab Inc**  409 Bearden Park Circle  Knoxville, TN 37919 | | | | | | $3,537.98 |

Debtor **Via Mizner Owner I, LLC**    Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RealPage Inc. Attn: Legal Dept 2201 Lakeside Blvd Richardson, TX 75082** | | | | | | $9,580.36 |
| **United Realty Group, Inc. 1200 S. Pine Island Rd, Ste 600 Plantation, FL 33324** | | | | | | $1,500.00 |
| **WL General Services 1800 N. Congress Ave, Ste 331 Boynton Beach, FL 33426** | | | | | | $68,463.75 |
| **ZRS Management 2001 Summit Park Dr #300 Orlando, FL 32810** | | **Outstanding Payables** | | | | $780,189.71 |

**United States Bankruptcy Court**
**Southern District of Florida**

In re   **Via Mizner Owner I, LLC**                              Case No.
                              Debtor(s)                          Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 15, 2025**           **/s/ Mark Gensheimer**
                                       **Mark Gensheimer**/**Manager**
                                       Signer/Title

4 Walls, Inc.
PO Box 248
Narberth, PA 19072


AAA Supply
590 West 84 Street
Hialeah, FL 33014


AB FIRE EQUIPMENT
2759 NW 19th St
Pompano Beach, FL 33069


ADT Commercial LLC
PO Box 872987
Kansas City, MO 64187


Advanced Control Corporation
6001 N.E. 14th Avenue
Fort Lauderdale, FL 33334


Advanced Fire & Security, Inc.
& Advanced Fire Sprinklers, LLC
2701 Gateway Drive
Pompano Beach, FL 33069


AJ Staps Interior Design
2808 NE 16 AVE
Wilton Manors, FL 33334


All Florida Mechanical Services, LLC
1602 W Timberlane Dr
Plant City, FL 33566


American Pool Service
APS of Hollywood, LLC
5819 A N. Andrews Way
Fort Lauderdale, FL 33309


Apartment List, Inc.
PO Box 737097
Dallas, TX 75373

Apartments LLC
CoStar Realty Infomation Inc
1331 L St NW
Washington, DC 20005


ARD Distributors
Builder Specialties, LLC
PO BOX 749614
Atlanta, GA 30374


ASSA Abloy Hospitality
631 International Parkway
Ste 100
Richardson, TX 75081


AT&T
PO Box 5014
Carol Stream, IL 60197


Automated Valet Parking Manager LLC
13798 NW 4th St, Ste 300
Sunrise, FL 33325


Barfield, McCain Ayoub P.A.
4460 Medical Center Way
West Palm Beach, FL 33407


Beachfront Realty, Inc.
517 Arthur Godfrey Rd
Miami Beach, FL 33140


Benson


Best Office Coffee Service, Inc.
13130 SW 130th Ter
Miami, FL 33186


Blackstone Mortgage
345 Park Avenue
New York, NY 10154

Blackstone Mortgage Trust
c/o Thomas M. Wearsch
Jones Day
250 Vesey Street
New York, NY 10281-1047


Blue Realty Team, LLC
7504 Wiles Rd Ste 101A
Coral Springs, FL 33067


BocaDreams Realty, LLC
Quad Realty Investments, Inc
6699 N Federal Hwy
BOCA RATON, FL 33487


BrightView Landscape Services, Inc.
980 Jolly Rd Ste 300
Blue Bell, PA 19422


Camino Investment Holdings
Limited Partnership
1515 N. Federal Hwy, Ste 306
Boca Raton, FL 33432


casa ott realty
459 Oregon Ln
Boca Raton, FL 33487


Checkpoint ID, Inc.
28925 Fountain Parkway
Solon, OH 44139


CMTG Lender 4 LLC / CMTG GS Finance LLC
c/o Mack Real Estate Credit Strategies
60 Columbus Circle
New York, NY 10023


Coldwell Banker Residential Real Estate
Anywhere Real Estate Inc.
1200 N Federal Hwy Ste 111
Boca Raton, FL 33432


Coldwell Banker Residential Real Estate/
Realogy Holdings Corp
1200 N Federal Hwy Ste 111
Boca Raton, FL 33432

DepositIQ and RentersIQ  
Insurance Agency LLC  
2201 Lakeside Blvd  
Richardson, TX 75082  

Diligent Services, Inc.  
3500 NW Boca Raton Blvd  
Boca Raton, FL 33431  

Ecolo Odor Control  
715 N. Dixie Hwy  
Hallandale Beach, FL 33009  

Elevated Living  
840 SW 10th St  
Fort Lauderdale, FL 33315  

EVERON, LLC  
Iris Group Holdings LLC  
PO Box 872987  
Kansas City, MO 64187  

Ferguson Enterprises, Inc.  
Pittsburgh  
PO Box 644054  
Pittsburgh, PA 15264  

Fire Controls Inc  
6555 Powerline Road, Ste 214  
FORT LAUDERDALE, FL 33309  

Fitness Smith, Inc.  
3610 Quantum Blvd  
Boynton Beach, FL 33426  

Floor Safety Solutions Matting Corp  
PO Box 669101  
Pompano Beach, FL 33066  

Florida Apartment Association, Inc.  
200 E. Robinson Street, Ste 900  
Orlando, FL 32801

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Harbourfront Real Estate LLC
250 NW 4th Diagonal
Boca Raton, FL 33432


HD Supply Facilities Maintenance LTD
PO Box 509058
San Diego, CA 92150


HH Staffing Services
Helping Hands Staffing Services Inc.
2910 University Parkway
Sarasota, FL 34243


Highlight Realty Corp
5323 Lake Worth  Road
Lake Worth, FL 33463


Hill Manufacturing Company, Inc.
1500 Jonesboro Rd SE
ATLANTA, GA 30315


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Interstate Restoration LLC
6200 S. Syracuse Way
Ste 230
Greenwood Village, CO 80111


JC Realty Group, Inc.
2641 E. Atlantic Blvd, Suite #304
Pompano Beach, FL 33062

```
KNOCK, INC
2201 Lakeside Blvd
RICHARDSON, TX 75082


Knockout Exterminators
10112 182nd Ct S
Boca Raton, FL 33498


LeaseHawk
16435 N Scottsdale Rd #280
Scottsdale, AZ 85254


Navitas Credit Corp
203 Fort Wade Rd, Suite 300
Ponte Vedra Beach, FL 32081


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Parking Boss
2911 1/2 Hewitt Ave, Ste 8
Everett, WA 98201


Parlex 15 Finco, LLC Series XIII
345 Park Avenue
New York, NY 10154


Parlex 15 Finco, LLC Series XIII
c/o Thomas M. Wearsch
Jones Day
250 Vesey Street
New York, NY 10281-1047


Parlex 3 Finance, LLC
345 Park Avenue
New York, NY 10154


Parlex 3 Finance, LLC
c/o Thomas M. Wearsch
Jones Day
250 Vesey Street
New York, NY 10281-1047
```

```
Penn Florida Capital Corp
1515 N Federal Hwy # 306
Boca Raton, FL 33432


Platinum Group Security
P.G. Security, Inc.
PO Box 4017
Boca Raton, FL 33429


PooPrints
BioPet Vet Lab Inc
409 Bearden Park Circle
Knoxville, TN 37919


RealPage Inc.
Attn: Legal Dept
2201 Lakeside Blvd
Richardson, TX 75082


Rent Dynamics
91 E. 700 S.
Logan, UT 84321


SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


Spherexx.com
9142 S. Sheridan
Tulsa, OK 74133


Staples
500 Staples Drive
Framingham, MA 01702


Tesla, Inc.
1 Tesla Rd
Austin, TX 78725
```

```
United Realty Group, Inc.
1200 S. Pine Island Rd, Ste 600
Plantation, FL 33324


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401


WL General Services
1800 N. Congress Ave, Ste 331
Boynton Beach, FL 33426


ZRS Management
2001 Summit Park Dr #300
Orlando, FL 32810
```