| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Via Mizner Owner I, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐  Schedule H: Codebtors (Official Form 206H)
☐  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐  Amended Schedule _____
■  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
■  Other document that requires a declaration    Petition

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 14, 2025          X *Mark A. Gensheimer*
                                         Mark A. Gensheimer (Jan 14, 2025 17:34 EST)
                                         Signature of individual signing on behalf of debtor

                                         **Mark Gensheimer**
                                         Printed name

                                         **Manager**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Via Mizner Owner I, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | 25-10369 |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advanced Control Corporation<br>6001 N.E. 14th Avenue<br>Fort Lauderdale, FL 33334 | | | | | | $2,710.84 |
| AJ Staps Interior Design<br>2808 NE 16 AVE<br>Wilton Manors, FL 33334 | | | | | | $2,250.00 |
| All Florida Mechanical Services, LLC<br>1602 W Timberlane Dr<br>Plant City, FL 33566 | | | | | | $27,831.71 |
| ASSA Abloy Hospitality<br>631 International Parkway<br>Ste 100<br>Richardson, TX 75081 | | | | | | $4,343.95 |
| Automated Valet Parking Manager LLC<br>13798 NW 4th St, Ste 300<br>Sunrise, FL 33325 | | | | | | $1,550.00 |
| Barfield, McCain Ayoub P.A.<br>4460 Medical Center Way<br>West Palm Beach, FL 33407 | | | | | | $1,410.75 |

Debtor **Via Mizner Owner I, LLC**
Name

Case number *(if known)* **25-10369**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Best Office Coffee Service, Inc.** 13130 SW 130th Ter Miami, FL 33186 | | | | | | $5,893.74 |
| **BrightView Landscape Services, Inc.** 980 Jolly Rd Ste 300 Blue Bell, PA 19422 | | | | | | $2,154.20 |
| **Ecolo Odor Control** 715 N. Dixie Hwy Hallandale Beach, FL 33009 | | | | | | $2,445.00 |
| **Elevated Living** 840 SW 10th St Fort Lauderdale, FL 33315 | | | | | | $3,930.00 |
| **Ferguson Enterprises, Inc. Pittsburgh** PO Box 644054 Pittsburgh, PA 15264 | | | | | | $24,781.23 |
| **HD Supply Facilities Maintenance LTD** PO Box 509058 San Diego, CA 92150 | | | | | | $4,785.57 |
| **LeaseHawk** 16435 N Scottsdale Rd #280 Scottsdale, AZ 85254 | | | | | | $1,525.00 |
| **Parking Boss** 2911 1/2 Hewitt Ave, Ste 8 Everett, WA 98201 | | | | | | $1,239.26 |
| **Platinum Group Security** P.G. Security, Inc. PO Box 4017 Boca Raton, FL 33429 | | **Security Payables** | | | | $132,041.78 |
| **PooPrints BioPet Vet Lab Inc** 409 Bearden Park Circle Knoxville, TN 37919 | | | | | | $3,537.98 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Debtor **Via Mizner Owner I, LLC**
Name

Case number *(if known)* **25-10369**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RealPage Inc. Attn: Legal Dept 2201 Lakeside Blvd Richardson, TX 75082** | | | | | | $9,580.36 |
| **United Realty Group, Inc. 1200 S. Pine Island Rd, Ste 600 Plantation, FL 33324** | | | | | | $1,500.00 |
| **WL General Services 1800 N. Congress Ave, Ste 331 Boynton Beach, FL 33426** | | | | | | $68,463.75 |
| **ZRS Management 2001 Summit Park Dr #300 Orlando, FL 32810** | | Outstanding Payables | | | | $780,189.71 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3