## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:

| | |
|---|---|
| VIA MIZNER OWNER I, LLC | Case No. 25-10369-EPK<br>(Joint Administration Pending) |
| VIA MIZNER PLEDGOR I, LLC | Case No. 25-10371-EPK |
| Debtors._____/ | Chapter 11 |

## DECLARATION OF ROBERT SITMAN IN SUPPORT OF AGENT'S MOTION FOR ENTRY OF AN ORDER (I) DISMISSING THESE CHAPTER 11 CASES OR (II) IN THE ALTERNATIVE, LIFTING THE AUTOMATIC STAY

I, ROBERT SITMAN, hereby declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief,

1. I am a Managing Director and the Head of Loan Asset Management for Blackstone Mortgage Trust Inc. ("BXMT"), which owns Parlex 15 Finco, LLC – Series XIII.

2. I make this declaration in support of *Agent's Motion for (i) Entry of an Order Dismissing These Chapter 11 Cases or (ii) in the Alternative Lifting the Automatic Stay*. In particular, I make this Affirmation to put before the Court evidence of the calculations used to determine the payment amount due under the Loan Agreement (as defined below).

3. Unless otherwise noted, any factual statements made in this declaration are based on my personal knowledge, including my personal review of business records of BXMT and/or Parlex that were created and/or maintained in the ordinary course of business and in accordance with normal business practices.

**Quantifying the Obligations Due Under The Loan Agreement**

4. In or around September 2021, Parlex 3 Finance, LLC (the "**Original Lender**") made a loan in the principal amount of $195,000,000 (the "**Loan**") to non-party Via Mizner Owner I, LLC (the "**Borrower**") related to a property commonly known as the Via Mizner, located at 101 E Camino Real, Boca Raton, Florida 33432 (the "**Property**"). In connection with the Loan, the Original Lender, the Borrower, the Borrower's affiliates and/or principals entered a series of agreements, amendments and modifications, including the Loan Agreement, dated as of September 30, 2021 (as the same has been amended, restated, replaced, supplemented, increased, extended, consolidated or otherwise modified from time to time, the "**Loan Agreement**"), between the Borrower and Original Lender. A true and correct copy of the Loan Agreement is attached hereto as Exhibit A.

5. It is my understanding that as a result of various assignments and additional agreements, Parlex 15 FINCO LLC – Series XIII is now the administrative agent, and a lender that holds an approximately 75% interest in the Loan with co-lender RICP V 101 Via Mizner Holdings, LLC ("**RICP**" and together with Parlex, as lender, the "**Lenders**") holding the other approximately 25%.

6. The Loan matured on October 9, 2024. At that time, the Borrower owed the Lenders an amount in excess of $196.5 million including, among other things, unpaid principal and interest. That default continued through January 15, 2025 and is continuing today. As of today, neither the Borrower nor anyone on its behalf has repaid any portion of that amount.

7. In the normal course of its business, business records are maintained related to the loans that we directly or indirectly own and administer, including the Loan. Those records contain information about loan disbursements, payments, expenses, interests and fees, and that information

is added to those records in the regular course of business at or around the time such disbursements or payments are made, or such expenses, interests or fees are incurred by someone with knowledge.

8. On January 22, 2025, using the defined terms in the Loan Agreement and referring to Parlex's business records respecting the Loan, my team and I calculated that, as of January 15, 2025, the amount due and owing by the Borrower under the Loan Agreement to be $204,872,733. That amount is based on the following:

| Obligations Due | |
|---|---|
| **Item** | **Amount Owed** |
| Parlex Original Principal Balance "Note A" | $145,000,000 |
| Parlex Accrued Current Interest Receivable | $4,053,611 |
| Parlex Accrued Default Interest Receivable | $2,031,188 |
| RICP Original Principal Balance "Note B" | $50,000,000 |
| RICP Accrued Current Interest Receivable | $2,052,078 |
| RICP Accrued Default Interest Receivable | $704,874 |
| **Total Accrued Loan Balance Due** | **$203,841,751** |

| Exercising Default-Related Rights and Remedies, Including Since-Cancelled UCC Related Fees | |
|---|---|
| **Invoice Item** | **Amount Owed** |
| General Legal Fees | $791,439 |
| JLL Fees | $178,266 |
| Marketing Materials | $34,841 |
| Appraisal Fees | $9,900 |
| Auctioneer Fee | $7,500 |
| Third Parties | $5,570 |
| RCM | $3,266 |
| Court Stenographer | $250 |
| **Total Fees Associated with Exercising Default-Related Rights and Remedies** | **$1,031,032** |

| Total Owed | |
|---|---|
| **Item** | **Amount Owed** |
| Total Accrued Loan Balance Due | $203,841,751 |
| Total Fees for Exercising Default-Related Rights and Remedies | $1,031,032 |
| **Total Owed** | **$204,872,733** |

9. The interest receivable and default interest receivable totals as of January 15, 2025 were calculated pursuant to the calculation method set forth in Section 2.2 of the Loan Agreement. Since January 15, 2025, default interest has continued to accrue and will continue to accrue during the course of these bankruptcy cases.

10. The "General Legal Fees" include legal fees that the Lenders incurred in connection with exercising rights and enforcing remedies under the Loan Agreement and other loan documents in connection with the Borrower's default. Among other things, it includes attorneys' fees incurred as a result of work performed by Jones Day (on behalf of Parlex) and Dechert (on behalf of RICP) related to, among other things, the UCC sale process and since-cancelled auction and responding to the threats of litigation by the Guarantor, the Borrower and its affiliates to stop the auction. Pursuant to Section 10.13 of the Loan Agreement, the Borrower is required to pay the Lenders' cost, including attorneys' fees, in connection with exercising its rights and enforcing remedies. Ex. A.

11. Since January 15, 2025, the Lenders also have incurred various additional costs and expenses, including attorneys' fees, in connection with enforcing their rights and exercising remedies, including in connection with this Motion and responding to the Borrower and one of its affiliate's bankruptcy proceedings.

12. As of the time I am making this Declaration, no one has made any payment to Parlex on account of the amount that I calculated to be due and owing as January 15, 2025.

13. Parlex is currently causing $7,485,170.46 of VMO's cash to be held in suspense at Valley National Bank pursuant to the Loan Agreement and a Deposit Account Control Agreement.

\*   \*   \*

Dated: January 22, 2025

_____
Robert Sitman