**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

| | |
|---|---|
| VIA MIZNER OWNER I, LLC | Case No. 25-10369-EPK |
| | (Joint Administration Pending) |
| VIA MIZNER PLEDGOR I, LLC | Case No. 25-10371-EPK |
| Debtors. | Chapter 11 |
| _____/ | |

**DECLARATION OF DAVID I. PAULSON IN SUPPORT OF AGENT'S MOTION FOR ENTRY OF AN ORDER (I) DISMISSING THESE CHAPTER 11 CASES OR (II) IN THE ALTERNATIVE, LIFTING THE AUTOMATIC STAY**

I, DAVID I. PAULSON, ESQ., hereby declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief,

1. I am an attorney and Partner in the real estate finance group within the Financial Markets Practice of Jones Day, the international law firm. I lead the Jones Day team that has provided advice to Parlex 15 FINCO, LLC – Series XIII ("Parlex") and its affiliates, including Parlex 3 Finance, LLC (the "Original Lender"), in connection with the transactions, agreements and events that gave rise to this Motion. I make this declaration in support of *Agent's Motion for (I) Entry of an Order Dismissing These Chapter 11 Cases or (II) in the Alternative, Lifting the Automatic Stay* (the "Motion"). Unless otherwise noted, any factual statements made in this declaration are based on my personal knowledge. All of the documents attached hereto as exhibits are true and correct copies of records that were prepared or received (and in all cases maintained) by Jones Day during the course of its engagement by Parlex and its affiliates.

**The Loan**

2. In or around September 2021, the Original Lender made a loan in the principal amount of $195,000,000 (the "Loan") to Via Mizner Owner I, LLC (the "Borrower"). In connection with the Loan, the Original Lender, the Borrower and/or the Borrower's affiliates entered a series of agreements, amendments, and modifications, including the following:

- The Loan Agreement, dated as of September 30, 2021 (the "Loan Agreement"), between the Borrower and the Original Lender, a true and correct copy of which is attached hereto as **Exhibit 1**.

- An Amended and Restated Promissory Note, dated as of September 30, 2021, made by the Borrower to the Original Lender, a true and correct copy of which is attached hereto as **Exhibit 2**.

- A Pledge and Security Agreement, dated as of September 30, 2021, between Via Mizner Pledgor I, LLC (the "Pledgor") and the Original Lender, a true and correct copy of which is attached hereto as **Exhibit 3**.

- A Pledgor Guaranty, dated as of September 30, 2021, made by the Pledgor for the benefit of the Original Lender, a true and correct copy of which is attached hereto as **Exhibit 4**.

- An Amended and Restated Mortgage, Assignment of Leases and Rents, Fixture Filing, and Security Agreement, dated as of September 30, 2021, made by the Borrower for the benefit of the Original Lender, a true and correct copy of which is attached hereto as **Exhibit 5**.

- A Guaranty of Recourse Obligations, dated as of September 30, 2021, made by Mark A. Gensheimer (the "Guarantor") in favor of the Original Lender, a true and correct copy of which is attached hereto as **Exhibit 6**.

- An Assignment of Amended and Restated Mortgage, Assignment of Leases and Rents, Fixture Filing, and Security Agreement, dated as of October 12, 2021, made by the Original Lender to Parlex, a true and correct copy of which is attached hereto as **Exhibit 7**.

- An Omnibus Assignment, dated as of October 13, 2021, made by the Original Lender in favor of Parlex, a true and correct copy of which is attached hereto as **Exhibit 8**.

- A Note Splitter Agreement and Amendment to Loan Agreement and Other Loan Documents, dated as of November 10, 2023, a true and correct copy of which is attached hereto as **Exhibit 9**.

- An Assignment and Assumption, dated as of November 10, 2023, between Parlex and RICP V Holdings, LLC ("<u>RICP</u>"), a true and correct copy of which is attached hereto as **Exhibit 10**.

- Relevant portions of a Co-Lender Agreement, dated as of November 10, 2023, between Parlex, as administrative agent, Parlex, as lender, and RICP, as lender, a true and correct copy of which is attached hereto as **Exhibit 11**.

- An Assignment of Amended and Restated Mortgage, Assignment of Leases and Rents, Fixture Filing, and Security Agreement, dated as of November 10, 2023, made by Parlex, as lender, to Parlex, as administrative agent, a true and correct copy of which is attached hereto as **Exhibit 12**.

- A Replacement Promissory Note A, dated as of November 10, 2023, made by the Borrower to Parlex, a true and correct copy of which is attached hereto as **Exhibit 13**.

- A Replacement Promissory Note B, dated as of November 10, 2023, made by the Borrower to RICP, a true and correct copy of which is attached hereto as **Exhibit 14**.

- An Assignment and Assumption Agreement, dated as of January 17, 2025, between RICP and RICP V 101 Via Mizner Holdings, LLC, a true and correct copy of which is attached hereto as **Exhibit 15**.

- An Allonge to Replacement Promissory Note B, dated as of January 17, 2025, Made by RICP to RICP V 101 Via Mizner Holdings, LLC, a true and correct copy of which is attached hereto as **Exhibit 16**.

- A Filed UCC Financing Statement for Borrower to Original Lender, dated as of October 1, 2021, a true and correct copy of which is attached hereto as **Exhibit 17**.

- A Filed UCC Financing Assignment for Borrower from Original Lender to Parlex, dated as of February 16, 2022, a true and correct copy of which is attached hereto as **Exhibit 18**.

- A Filed UCC Financing Assignment for Borrower from Parlex, as Lender to Parlex as Administrative Agent, dated as of November 16, 2023, a true and correct copy of which is attached hereto as **Exhibit 19**.

- A Filed UCC Financing Statement for Pledgor to Original Lender, dated as of October 1, 2021, a true and correct copy of which is attached hereto as **Exhibit 20**.

- A Filed UCC Financing Assignment for Pledgor from Original Lender to Parlex, dated as of February 16, 2022, a true and correct copy of which is attached hereto as **Exhibit 21**.

- A Filed UCC Financing Assignment for Pledgor from Parlex, as Lender to Parlex as Administrative Agent, dated as of November 16, 2023, a true and correct copy of which is attached hereto as **Exhibit 22**.

- A Recorded Assignment of Leases and Rents from Owner to Original Lender, recorded as of October 5, 2021, a true and correct copy of which is attached hereto as **Exhibit 23**.

- A Recorded Assignment of Assignment of Leases and Rents from Original Lender to Parlex, recorded as of February 17, 2022, a true and correct copy of which is attached hereto as **Exhibit 24**.

- A Recorded Assignment of Assignment of Leases and Rents, from Parlex, as Lender to Parlex as Administrative Agent, recorded as of November 27, 2023, a true and correct copy of which is attached hereto as **Exhibit 25**.

**The UCC Sale and the Eleventh-Hour Bankruptcy Filings**

3. The Loan made to the Borrower under the Loan Agreement matured by its terms on October 9, 2024.

4. On October 10, 2024, Jones Day sent a maturity default notice to the Borrower. A true and correct copy of that Letter, dated October 10, 2024, from Parlex, as administrative agent, to the Borrower is attached hereto as **Exhibit 26**.

5. Afterward, Jones Day assisted Parlex in exercising rights to foreclose under Article 9 of the Uniform Commercial Code (the "UCC" and, such foreclosure, the "UCC Sale") on the Pledgor's 100% ownership interest in the Borrower.

6. On October 23, 2024, Jones Day sent a notice of the UCC foreclosure to the Borrower. A true and correct copy of that Letter, dated October 23, 2024, from Parlex, as administrative agent, to the Borrower is attached hereto as **Exhibit 27**.

7. In connection with the UCC Sale, Parlex, with the assistance of Jones Day, engaged Jones Lang LaSalle Americas, Inc. ("JLL") to advertise and manage the sale of the Pledgor's 100% ownership interest in the Borrower pursuant to Article 9 of the UCC.

8. On November 13, 2024, Jones Day sent a notice of disposition of collateral to the Borrower and the Pledgor. A true and correct copy of that Letter, dated November 13, 2024, from Parlex, as administrative agent, to the Borrower and the Pledgor is attached hereto as **Exhibit 28**.

9. An auction to effectuate the UCC Sale (the "Auction") was scheduled for January 15, 2025 at 10:00 a.m. (Eastern Time) at Jones Day's New York office.

10. In or around late-December 2024, a litigation attorney (the "Litigation Attorney") representing the Guarantor, the Borrower, and the Pledgor advised me that he had been expressly retained to stop the Auction and UCC Sale.

11. On January 4, 2025, I received an email from the Litigation Attorney requesting that the Secured Lenders (as defined in the Motion) defer the Auction for 60 days. A true and accurate copy of that email is contained in attached **Exhibit 29**.

12. On January 8, 2025, I sent an email to the Litigation Attorney rejecting on behalf of the Secured Lenders the request to defer the Auction for 60 days. A true and accurate copy of that email is contained in attached **Exhibit 30**.

13. On January 9, 2025, I sent an email to the Litigation Attorney making an offer on behalf of the Secured Lenders to postpone the Auction in exchange for, among other things, a $5 million principal paydown by 5:00 p.m. (Eastern Time) on January 13, 2025 (the "January 9 Offer"). A true and accurate copy of that email is attached hereto as **Exhibit 31**.

14. Based on a report from Parlex that the Guarantor had reached out shortly before 5:00 p.m. (Eastern Time) on January 13, 2025 asking that the January 9 Offer be extended for

24 hours, I reached out to the Litigation Attorney. During a call on January 13, 2025, the Litigation Attorney told me that Guarantor did not actually have $5 million and instead wanted the Auction postponed for two weeks so that he could get the money together.

15. Around 8:45 a.m. (Eastern Time) on January 15, 2025, I and one of my partners at Jones Day had a phone call with the Litigation Attorney, during which the Litigation Attorney requested that the Secured Lenders postpone the auction for 24 hours to allow the Guarantor additional time to obtain $5 million for a longer postponement. About half an hour later, I called the Litigation Attorney back and informed him that the Secured Lenders declined the request and that the Auction would go forward as previously scheduled.

16. Shortly afterward and moments before the Auction was scheduled to begin, the Borrower and the Pledgor filed the above-captioned bankruptcy cases.

17. As a result of the commencement of these chapter 11 cases, on the morning of January 15, 2025, Parlex was forced to cancel the Auction.

\*   \*   \*

Dated: January 22, 2025
San Francisco, CA

_____
David I. Paulson