UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA WEST
PALM BEACH DIVISION

In re:

Via Mizner Owner I, LLC,                           Case No. 25-10369-EPK
                                                   (Jointly Administered)

Via Mizner Pledgor I, LLC,                         Case No. 25-10371-EPK

        Debtors.                                   Chapter 11
_____/

## NOTICE OF FILING DECLARATION OF ROBERT GIVEN

Via Mizner Owner, I, LLC (the "Debtor"), by and through undersigned counsel, hereby files the

attached Declaration of Robert Given in Support of the Expedited Application to Employ CBRE, Inc.

as Real Estate Broker [ECF No. 89].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice

of Electronic Filing to those parties registered to receive CM/ECF electronic notices in this case on

March 18, 2025.

                                        Respectfully submitted,

                                        **SHRAIBERG PAGE P.A.**
                                        Attorneys for the Debtor
                                        2385 NW Executive Center Drive, Suite 300
                                        Boca Raton, Florida 33431
                                        Telephone: 561-443-0800
                                        Facsimile: 561-998-0047
                                        Email: bss@slp.law

                                        By:  */s/ Bradley S. Shraiberg*
                                             Bradley S. Shraiberg
                                             Florida Bar No. 121622

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

VIA MIZNER OWNER I, LLC,                          Case No. 25-10369-EPK
                                                  (Jointly Administered)

VIA MIZNER PLEDGOR I, LLC,                        Case No. 25-10371-EPK

    Debtor.                                       Chapter 11

_____/

**DECLARATION OF ROBERT GIVEN IN SUPPORT OF EXPEDITED
APPLICATION TO EMPLOY CBRE, INC. AS REAL ESTATE BROKER**

Robert Given, being duly sworn states:

1.      I am familiar with the matters set forth herein and make this Declaration in support of the *Expedited Application to Employ CBRE, Inc. as a Real Estate Broker* (the "Application").  Unless otherwise stated herein, this Declaration is based upon facts of which I have personal knowledge.

2.      I am a licensed real estate broker employed by CBRE Inc. ("CBRE").  My position with CBRE is that of Vice Chairman.

3.      CBRE has offices located at 401 E. Las Olas Blvd., Suite 1500, Ft. Lauderdale, Florida 33301 and 777 Brickell Ave., Suite 1100, Florida 33131.

4.      As used throughout this declaration the term "Given Team" shall collectively refer to myself and the individuals I work with at CBRE in the sale, marketing and consulting of real properties.

5.      I have significant experience as a real estate professional in Florida and have successfully participated in the sale, marketing, and consulting of over 850 investment properties, representing over 200,000 multi-housing units and additional land and structured finance transactions, with an aggregate value in excess of $50 billion.

{2271/000/00484795}                    Page 1 of 4

6.      The Given Team has not previously provided real estate brokerage services for Via Mizner Owner I, LLC ("VMO" or the "Debtor").  As such, neither the Given Team nor CBRE has a pre-petition claim against VMO's bankruptcy estate for services rendered to VMO.

7.      VMO is owned by a separate entity, Camino Investments Holdings Limited Partnership ("Camino").    Mark Gensheimer ("Gensheimer") is, in turn, an indirect investor in Camino. Gensheimer is also an officer of both VMO and a third party, Penn Florida Capital Corp. ("Penn Florida").  In the interest of disclosure, the Given Team is providing real estate brokerage services to the following entities owned by Penn Florida: (a) Ballantrae Enterprises, (b) Spanish River Development Partners, and (c) Royal Palm Road Associates.  The real estate owned by said entities is separate and distinct from that owned by VMO and will not affect the proposed sale of VMO property.

8.      In preparing this Declaration, I have reviewed a list of VMO's secured creditor(s) and unsecured creditors.  I compared this information with the information contained in the Given Team's client and adverse party conflict check index system.  The facts stated in this Declaration as to the relationship between the Given Team  and VMO, VMO's creditors, and the United States Trustee, and other persons employed by the Office of the United States Trustee, and those persons and entities who are defined as disinterested persons in Section 101(14) of the Bankruptcy Code are based on the results of my review of the Given Team's conflict check index system.

9.      Based upon my search, the Given Team  does not represent any person in any matter which would constitute a conflict of interest or otherwise impair the disinterestedness of the Given Team.  A review of the Given Team's records indicates that, except as otherwise stated herein, the Given Team has not provided and is currently not providing any services to the VMO's creditors. Should additional relationships with parties in interest become known to me, a supplemental declaration will be filed with the Court.



10.    Notwithstanding the foregoing, while the Given Team has no direct listings with Blackstone, Inc. ("Blackstone") at this time, the Given Team solicits Blackstone each week to review potential real estate acquisitions.  Since July 2023 (when I returned to CBRE after working with a separate entity), I have sold the following properties for Blackstone-affiliated entities: (a) Horizon at Miramar, Miramar, Florida (sold November 2024) and (b) Pinebrook Pointe, Margate, Florida (sold December 2023).

11.    Similarly, while the Given Team is not under agreement for any active assignments with Blackstone, and has not entered into any debt assignments with Blackstone historically, the Given Team regularly solicits Blackstone to invest in debt assignments.

12.    Finally, in addition to the foregoing examples, Blackstone could be affiliated with any number of past, present or future Given Team clients either through direct investments, or via a separate fund or operating entity.  Blackstone is the largest alternative investment firm in the world, with over $1 trillion in total assets under management as of May 2024.  It is therefore almost impossible to identify transaction every Given Team transaction in which Blackstone may have a direct or indirect interest.  Again, should the Given Team learn of additional relationships with Blackstone, a supplemental declaration will be filed with the Court

13.    As set forth in the Listing Agreement,[1] the Given Team is willing to contract with the Debtor to sell the Property for a commission of 26 basis points (0.26%) of the Gross Sale Proceeds of the Property and/or to refinance the Property for 30 basis points (0.30%) up to $200,000,000, and 20 basis points (0.20%) thereafter.

14.    The Given Team agrees that prior to receiving any payment of any amounts under the Listing Agreement, the Given Team will file a fee application with the Court for the payment of the

---

[1]        Capitalized terms not defined herein shall have the definitions provided for in the Application.



Fee and/or any direct out-of-pocket expenses, or alternatively, VMO may seek approval to pay any fee through an appropriate pleading that seeks approval of a sale of the Property.

15.     As set forth herein, neither I nor the Given Team holds an interest adverse to the Debtor's estate with respect to the matters for which we are to be contracted for, and I and the Given Team are disinterested persons within the meaning of 11 U.S.C. §101(14).

16.     This concludes my declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

3/17/25

Robert Given, Vice Chairman