

**ORDERED in the Southern District of Florida on June 3, 2025.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

**VIA MIZNER OWNER I, LLC,**                       **Case No. 25-10369-EPK**
**(Jointly Administered)**

**VIA MIZNER PLEDGOR I, LLC**                  **Case No. 25-10371-EPK**

    **Debtors.**                                            **Chapter 11**
_____/

## ORDER SETTING HEARING

This matter came before the Court upon the *Debtor's Emergency Motion to Approve Stalking Horse Bidder and Bid Protections* [ECF No. 125] and the *Emergency Agreed Motion to Modify Bid Procedures, Continue Sale Hearing, and Modify Milestones in Cash Collateral Order* [ECF No. 126] (collectively, the "Motions") filed by Via Mizner Owner I, LLC and Via Mizner Pledgor I, LLC (the "Debtors"). Having considered the Motions, the Court ORDERS that the Motions [ECF Nos. 125; 126] shall be set for hearing before the Honorable Peter D. Russin on **June 4, 2025 at 2:00 p.m.** at the United States Courthouse, 299 East Broward Boulevard, Courtroom 301, Fort Lauderdale, Florida 33301.

###

Copy to:

Samuel W. Hess, Esq.

*Samuel W. Hess, Esq. shall serve a copy of this order on all appropriate parties and file a certificate of service with the Court.*