UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Via Mizner Owner I, LLC                                   Case No. 25-10369-EPK
(Jointly Administered)

Via Mizner Pledgor I, LLC                                 Case No. 25-10371-EPK

      Debtors.
_____/

**EXHIBIT REGISTER**

Exhibits submitted on behalf of: Debtors

Matter set for hearing/trial:   Emergency Motion to Approve Stalking Horse bidder and Bid Protections (ECF No. 125); and Emergency Agreed Motion to Modify Bid Procedures, Continue Sale Hearing, and Modify Milestones in Cash Collateral Order (ECF No. 126)

Date of hearing/trial: June 4, 2025

By:     **SHRAIBERG PAGE, P.A.**
       Attorneys for the Debtors
       2385 NW Executive Center Drive, Suite 300
       Boca Raton, Florida 33431
       Telephone: 561-443-0800
       Facsimile: 561-998-0047
       Email: bss@slp.law

       By:   /s/ *Bradley S. Shraiberg*
       Bradley S. Shraiberg
       Florida Bar No. 121622

| Exhibit Number | Description | Admitted | Refused | Not Offered Into Evidence |
|---|---|---|---|---|
| A | Purchase and Sale Agreement | | | |
| B | First Amendment to the Purchase and Sale Agreement | | | |

LF-49 (rev. 10/09/23)