

ORDERED in the Southern District of Florida on June 5, 2025.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Via Mizner Owner I, LLC, et al.,                    Case No. 25-10369-EPK
                                                    (Jointly Administered)

         Debtor.                                    Chapter 11
_____/

### ORDER GRANTING *EMERGENCY* MOTION TO APPROVE STALKING HORSE BIDDER AND BID PROTECTIONS

**THIS MATTER** came before the Court for hearing on June 4, 2025, upon the *Emergency Motion to Approve Stalking Horse Bidder and Bid Protections* [ECF No. 125] (the "Motion") [1] filed by Via Mizner Owner I, LLC (the "Debtor").

For the reasons stated on the record, and with the Court being fully advised in the premises, it is ORDERED AND ADJUDGED:

1. The Motion [ECF No. 125] is GRANTED as provided herein.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given them in the Motion.

{2505/000/00578948}

2.	The Debtor's entry into the PSA, as amended, is APPROVED.

3.	The Termination Fee and Expense Reimbursement are APPROVED.

4.	The Purchaser's deposit is due within 48 hours of the entry of this Order.

5.	To be a Qualified Bid, the bids for substantially all of the Debtor's assets must be at least $232,600,000.00.

6.	The Purchaser shall not have any consent rights over the terms of the Bid Procedures or any changes to such procedures.

###

Submitted by:

Bradley S. Shraiberg, Esq.
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
Email: bss@slp.law

*Bradley S. Shraiberg, Esq. is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.*