

ORDERED in the Southern District of Florida on June 10, 2025.



Peter D. Russin, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Via Mizner Owner I, LLC                                             Case No. 25-10369-EPK
(Jointly Administered)

Via Mizner Pledgor I, LLC                                           Case No. 25-10371-EPK

      Debtors.
_____/

**AMENDED[1] ORDER GRANTING *EMERGENCY* AGREED MOTION TO MODIFY
BID PROCEDURES, CONTINUE SALE HEARING,
AND MODIFY MILESTONES IN CASH COLLATERAL ORDER**

This matter came before the Court upon the *Emergency Agreed to Modify Bid Procedures, Continue Sale Hearing, and Modify Milestones in Cash Collateral Order* [ECF No. 126] (the "Motion")[2] filed by Via Mizner Owner I, LLC ("VMO") and Via Mizner Pledgor I, LLC ("VMP" and, together with VMO, the "Debtors").

---

[1] Amended to add the deadline to object to the sale.
[2] Capitalized terms not otherwise defined herein shall have the meaning given them in the Motion.

{2420/000/00539395}                               1

For the reasons stated on the record, and being otherwise fully advised in the premises, it is ORDERED and ADJUDGED:

1. The Motion [ECF No. 126] is GRANTED.

2. The Bid Procedures attached as Exhibit A to the Bid Procedures Order [ECF No. 108] are modified such that the deadline for submitting bids for the proposed purchase of the Assets is **June 26, 2025, at 11:59 p.m.**

3. If at least one Qualified Bid (in addition to the stalking horse bid) is timely received by VMO in accordance with the Bid Procedures, then VMO shall conduct the Auction on **July 8, 2025, at 10:00 a.m.** (prevailing Eastern Time) either (a) at the offices of VMO's Broker or VMO's Counsel, or (b) virtually, or (ii) at such other date, time, or location as designated by the Debtor, after obtaining approval of the Agent.

4. The Court shall conduct a hearing on the proposed sale of the Assets (the "Sale Hearing") on **July 10, 2025, at 2:00 p.m.** The Sale Hearing will take place before the Hon. Peter D. Russin at the United States Courthouse, 299 East Broward Boulevard, Courtroom 301, Fort Lauderdale, Florida 33301.

5. Objections to a sale of the Assets (as defined in the Bid Procedures), including any objections to (i) a sale of Assets free and clear of all liens, claims, interests and encumbrances pursuant to section363(f) of the Bankruptcy Code and (ii) entry of any Sale Order (as defined in the Bid Procedures), shall be filed with the Court and served on the Sale Notice Parties no later than July 9, 2025, at 4:00 p.m.

6. The Milestones contained in the Cash Collateral Order are hereby modified such that (i) the deadline for the Auction to take place is extended to July 8, 2025, and (ii) the deadline

for the sale of the Assets to close is extended to July 18, 2025. For the avoidance of doubt, the deadline for the hearing to approve the sale of VMO's assets remains 3 business days after conclusion of the Auction (as extended), or as soon thereafter as the Court can accommodate.

# # #

Submitted by:

Bradley S. Shraiberg, Esq.
**SHRAIBERG PAGE, P.A.**
Attorneys for the Debtors
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law

*Bradley S. Shraiberg, Esq. shall serve a copy of this Order on all parties in interest and file a certificate of service with the Court.*