UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 25-10369-EPK
                                                                (Jointly Administered)

Via Mizner Owner I, LLC,                                        Case No. 25-10371-EPK

Via Mizner Pledgor I, LLC,                                      Chapter 11

         Debtors.
_____/

### ZRS MANAGEMENT, LLC'S LIMITED OBJECTION TO SALE OF ASSETS

COMES NOW, ZRS MANAGEMENT, LLC ("ZRS"), a creditor in the above-referenced case, and hereby submits this limited objection with respect to the sale of substantially all of the assets of Via Miner Owner I, LLC (the "Debtor"), the terms of such sale were most recently set forth in Debtor's *Expedited Motion for Order Approving (1) Second Amendment to Purchase and Sale Agreement; (2) Sale of Assets To Mizner 366 JV, LLC; And (3) Entry Into Joint Venture Operating Agreement* [ECF No. 159 – the "Second Amendment Sale Motion"],[1] and states as follows:

### Introductory Statement

1.       ZRS **does not** object to the sale of the Assets so long as all amounts owed to ZRS are paid at Closing. The Second Amendment Sale Motion recites that if approved, "Cardone shall pay to the Debtor the Original Property Cost which is defined as the Debtor's 'cost to repay the allowed claims and administrative expenses of existing administrative, secured, and unsecured creditors, other than Via Mizner Lender 1 LLC, Via Mizner Lender 2, LLC, TIG Romspen US

---

[1] Capitalized words and phrases not otherwise defined herein have the meanings ascribed to them in the Second Amendment Sale Motion and attachments thereto, including the Operating Agreement.

Master Mortgage LP or any of these excluded creditors' assigns or affiliates, to confirm and/or emerge from the bankruptcy, estimated at approximately $220,000,000 after applying the [Debtor's] cash on hand.'" (Second Amendment Sale Motion, ¶ 7). Debtor further alleges that "[a]s a result, the Debtor will receive immediate funds to pay its secured lenders and trade creditors in full." *Id.* So long as the Second Amendment Sale Motion is granted and all amounts owed to ZRS as of the Closing Date are paid in full at Closing, ZRS has no objection to the sale of Assets.

2.      However, because the Second Amendment Sale Motion has not yet been granted, does not recite with specificity that ZRS will be paid in full at Closing, and given the deadline of July 9, 2025 at 4:00 p.m. to object to the sale of Assets [ECF 138, ¶ 5], ZRS is filing this limited objection.

### The Existing Property Management Agreement and Amounts Owed to ZRS

3.      As described in the Purchase and Sale Agreement [ECF No. 125-1], the First Amendment to Purchase and Sale Agreement [ECF No. 133] and proposed Second Amendment to Purchase and Sale Agreement [ECF No. 159, Exhibit 1] (collectively, the "PSA"), ZRS is the current property management with respect to the apartments known as 101 Via Mizner located at 101 E. Camino Real, Boca Raton, FL 33432 (the "Real Property").

4.      As of the filing of this limited objection, ZRS manages the Real Property pursuant to the Existing Property Management Agreement as described in the PSA. ZRS has also attached a copy of the Existing Property Management Agreement to an Amended Proof of Claim (Claim 4 (Amended), filed on July 3, 2025 – the "ZRS Claim"). A copy of the Existing Property Management Agreement is also attached hereto as **Exhibit 1**.

5.      Although ZRS has generally been compensated under the Management Agreement for its post-petition management services, as of the Petition Date, it was owed **$1,066,668.20**.

Interest and attorneys' fees accruing after the Petition Date as of July 1, 2025, which are recoverable as described hereinbelow, total **$136,831.12** (ZRS Claim).

6.     The post-petition compensation paid to ZRS has been paid to ZRS pursuant to the terms of the Existing Property Management Agreement. However, the Existing Property Management Agreement does not contemplate the significant, additional duties that have been imposed on ZRS by the filing of this case. Specifically, ZRS has been forced into a role as a "cash collateral intermediary" between Debtor and its secured lender, and has been required to retain counsel to represent its interests in this case. To date, ZRS has not been compensated for said additional work and expenses.

7.     Additionally, it is uncertain as to whether ZRS will continue to manage the Real Property after the sale of Assets. The Purchase and Sale Agreement provides that the Existing Property Management Agreement "shall be a Rejected Contract and shall be terminated by Seller as of Closing." [ECF 132-1, § 5.4.2].  The operating agreement attached to the proposed Second Amendment to Purchase and Sale Agreement (the "Operating Agreement") provides that the proposed buyer of the Assets ("Mizner 366 JV") "shall enter into a property management agreement with a third party, to oversee the operations of the '101 Via Mizner Apartments' on terms and conditions to be agreed upon by the Manager and approved by the Cardone Member (the 'Property Management Agreement')." [ECF 159, Operating Agreement, § 4.4].

8.     As of the date of this limited objection, ZRS remains uncertain as to whether it will be retained by Mizner 366 JV after the Closing. While it is not unusual for an existing property management agreement to be terminated in connection with the sale of property such as the Real Property, it is typical for a new or transitional management agreement to be negotiated between the existing property manager and buyer. No such agreement has been executed to date.

9.      The foregoing is relevant to the Court's consideration of the equities of this case and ZRS's request to be paid in full at Closing.

**ZRS Should be Paid All Amounts it is Owed, Including Post-Petition**
**Interest and Attorneys' Fees, at Closing, Pursuant to the "Solvent-Debtor Exception"**

10.     As set forth in its Amended Proof of Claim, as of July 1, 2025, ZRS is owed $1,204,028.40. (ZRS Claim). Interest continues to accrue after July 1, 2025 at the per diem rate of $317.51. If the Closing takes place as scheduled on July 18, 2025, ZRS will be owed **$1,209,214.50** ($1,204,028.40 + (18 days x 317.41 per diem = $5,715.18)), **plus** prorated management fees as of the Closing Date.

11.     While it is normally true that unsecured creditors are not entitled to post-petition interest under 11 U.S.C. § 502(b), there is an exception to that general rule known as the "solvent-debtor exception" that applies when a Debtor is solvent and able to pay its debtors in full. "Although the concept of a solvent bankrupt may seem contradictory, the scenario occurred frequently enough for the common law to develop a special rule for such cases. That rule, in short, is that a solvent debtor must generally pay postpetition interest accruing during bankruptcy at the contractual or state law rates before collecting surplus value from the bankruptcy estate." *In re PG&E Corp.*, 46 F.4th 1047, 1053 (9th Cir. 2022).

12.     In *PG&E*, the Ninth Circuit analyzed the history of the solvent-debtor exception and concluded that it survived the enactment of the Bankruptcy Code in 1978. *Id.* at 1054-55.

13.     Although it does not appear the Eleventh Circuit has had occasion to address the applicability of the solvent-debtor exception, the holding in *PG&E* is in accord with the holding of the Fifth Circuit in the case of *Ultra Petroleum Corp. v. Ad Hoc Comm. of OpCo Unsecured Creditors (In re Ultra Petroleum Corp.)*, 943 F.3d 758, 765 (5th Cir. 2019) ("Our review of the record reveals no reason why the solvent-debtor exception could not apply. As other circuits have

4

recognized, 'absent compelling equitable considerations, when a debtor is solvent, it is the role of the bankruptcy court to enforce the creditors' contractual rights.'" (citing *In re Dow Corning Corp.*, 456 F.3d 668, 679 (6th Cir. 2006); In *re Chicago, Milwaukee, St. Paul and Pac. R.R. Co.*, 791 F.2d 524, 528 (7th Cir. 1986)).

14.     The Third Circuit reached the same conclusion in *In re Hertz Corp.*, 120 F.4th 1181, 1203 (3d Cir. 2024) ("…the absolute priority rule requires creditors' obligations be paid in full before owners, with junior rights to the business, take anything at all. So it should be no surprise that several thoughtful decisions conclude that the Bankruptcy Code's absolute priority rule, which incorporates common law and Bankruptcy Act jurisprudence, can require payment of contract rate interest in solvent debtor cases.").

15.     The solvent-debtor exception applies with equal force as to attorneys' fees and costs where a debtor is solvent. *In re Dow Corning*, 456 F.3d at 682 (collecting cases).  ZRS is entitled to recover attorneys' fees and costs pursuant to Section 10.7 of the Management Agreement.

16.     In this case, the Debtor is proposing to retain a 7.4% membership interest in Mizner 366 JV, which Debtor equates to a capital contribution valued at $15,000,000. Thus, under the solvent-debtor exception, ZRS should be paid all pre- and postpetition interest and attorneys' fees and costs as a condition of the Debtor retaining an equity interest in the Real Property.

17.     The equities further dictate that ZRS be paid the full amount of its claim at Closing. As noted above, the management services ZRS has provided to the Debtor in the face of an uncertain future as to management of the Real Property have enabled the Debtor to achieve a sale that will compensate all creditors in full according to the Debtor. Given its invaluable contribution to the success of this case, ZRS should not be forced to wait until the post-closing dust settles to

be paid all amounts it is owed. Further, a delay in payment to ZRS will only further increase the interest and fees that are payable to ZRS.

WHEREFORE, ZRS respectfully requests that in any order entered by the Court approving the sale of Assets, the Court require that all amounts owed to ZRS, including post-petition interest, and attorneys' fees be paid to ZRS at Closing, and for such other and further relief as the Court deems appropriate.

Dated July 9, 2025.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
200 South Orange Avenue, Suite 2050
Orlando, Florida 32801
Telephone: (407) 367-5426

By: */s/ Zachary J. Bancroft*
　　Zachary J. Bancroft
　　Florida Bar No. 0145068
　　*zbancroft@bakerdonelson.com*
　　*achentnik@bakerdonelson.com*
　　*bkcts@bakerdonelson.com*

*Counsel for ZRS Management, LLC*

4917-5512-0979

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2025, a true and correct copy of the foregoing was served electronically via the Court's CM/ECF system all parties registered to receive electronic noticing in this case.

I FURTHER CERTIFY that on July 9, 2025, a true and correct copy of the foregoing was served via U.S. Mail and email, if known, on all known "Sale Notice Parties" as defined in ECF No. 108 as follows:

**The Secured Parties:**

Jones Day
600 Brickell Ave
Miami, FL 33131
(Attn: Gary L. Kaplan (gkaplan@jonesday.com))

Jones Day
250 Vesey Street
New York, New York 10281
(Attn: Emma MariaLuz Cervantes (ecervantes@jonesday.com))

**Counsel to Stalking Horse Bidder 101 Via Mizner Property, LLC:**

Wilson Cribbs + Goren
1233 West Loop South, Suite 800
Houston, Texas 77027
(Attn: Anthony L. Marre (amarre@wcglaw.com))

**Counsel for the Qualified Bidder:**

Holland & Knight LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131
(Attn: Christopher Ezell (christopher.ezell@hklaw.com) and Vivian C. de las Cueveas-Diaz (vivian.cuevas@hklaw.com))

**Counterparties as identified in ECF No. 157:**

Navitas Credit Corp.
c/o NRAI Services, Inc.
1200 S. Pine Island Rd.

4917-5512-0979

Plantation, FL 33324

Platinum Group Security
c/o Rony K. Joseph, Registered Agent
999 W. Yamato Rd., Suite 206
Boca Raton, FL 33431

Hotwire Communications Ltd.
Attn: Kristin Johnson Karp, President
1 Belmont Ave., Suite 1100

Hotwire Communications Ltd.
c/o CT Corporation System, Reg. Agent
1200 S. Pine Island Rd.
Plantation, FL 33324

Otis Elevator Company
Attn: Judith F. Marks, President
One Carrier Place
Farmington., CT 06032

Otis Elevator Company
c/o CT Corporation System
1200 South Pine Island Rd.
Plantation, FL 33324

Advanced Fire & Security, Inc.
Attn: Eric G. Rode, Jr., President
3349 NE 30th Ave.
Lighthouse Point, FL 33064

Advanced Fire Sprinklers, LLC
Attn: Eric G. Rode, Jr., President
2701 Gateway Dr.
Pompano Beach, FL 33069

Century Fire Protection, LLC
Attn: Scott Tutterow, CEO
2450 Satellite Blvd.
Duluth, GA 30096

Century Fire Protection, LLC
c/o Corporation Service Company
1201 Hays St.
Tallahassee, FL 32301

4917-5512-0979

**Office of the U.S. Trustee:**

51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614
ATTN: Heidi A Feinman (Heidi.A.Feinman@usdoj.gov)

**All of parties on the attached mailing matrix**

*/s/ Zachary J. Bancroft*
Zachary J. Bancroft

9

Label Matrix for local noticing
113C-9
Case 25-10369-EPK
Southern District of Florida
West Palm Beach
Tue Jul  8 16:22:07 EDT 2025

Palm Beach County Tax Collector
Attn Legal Services
PO Box 3715
West Palm Beach, FL 33402-3715

TIG Romspen US Master Mortgage LP
Shutts & Bowen
200 S. Biscayne Blvd., Suite 4100
200 S. Biscayne Blvd., Suite 4100
Miami, FL 33131-2362

Via Mizner Lender 1 LLC, as Administrative A
c/o Jerold Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue
New York, NY 10017-6555

Via Mizner Owner I, LLC
1515 N. Federal Hwy, Ste 306
Boca Raton, FL 33432-1953

Via Mizner Pledgor I, LLC
1515 N. Federal Hwy, Ste 306
Boca Raton, FL 33432-1953

4 Walls, Inc.
PO Box 248
Narberth, PA 19072-0248

AAA Supply
590 West 84 Street
Hialeah, FL 33014-3616

AB FIRE EQUIPMENT
2759 NW 19th St
Pompano Beach, FL 33069-5232

ADT Commercial LLC
PO Box 872987
Kansas City, MO 64187-2987

AJ Staps Interior Design
2808 NE 16 AVE
Wilton Manors, FL 33334-4323

AJ Staps Interior Designs
3900 Galt Ocean Drive. Apt. 414
Fort Lauderdale, FL 33308-6624

ARD Distributors
Builder Specialties, LLC
PO BOX 749614
Atlanta, GA 30374-9614

ASSA Abloy Hospitality
631 International Parkway
Ste 100
Richardson, TX 75081-6623

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

Advanced Control Corporation
6001 N.E. 14th Avenue
Fort Lauderdale, FL 33334-5007

Advanced Fire & Security, Inc.
& Advanced Fire Sprinklers, LLC
2701  Gateway  Drive
Pompano Beach, FL 33069-4323

All Florida Mechanical Services, LLC
1602 W Timberlane Dr
Plant City, FL 33566-0929

American Pool Service
APS of Hollywood, LLC
5819 A N. Andrews Way
Fort Lauderdale, FL 33309-2359

Apartment List, Inc.
PO Box 737097
Dallas, TX 75373-7097

Apartments LLC
CoStar Realty Infomation Inc
1331 L St NW
Washington, DC 20005-4293

Automated Valet Parking Manager LLC
13798 NW 4th St, Ste 300
Sunrise, FL 33325-6227

Barfield, McCain Ayoub P.A.
4460 Medical Center Way
West Palm Beach, FL 33407-3285

Beachfront Realty, Inc.
517 Arthur Godfrey Rd
Miami Beach, FL 33140-3509

Benson
6195 Shiloh Rd
Alpharetta GA 30005-8418

Best Office Coffee Service, Inc.
13130  SW  130th  Ter
Miami, FL 33186-5895

Blackstone Mortgage
345 Park Avenue
New York, NY 10154-0023

Blackstone Mortgage Trust
c/o Thomas M. Wearsch
Jones Day
250 Vesey Street
New York, NY 10281-1052

Blue Realty Team, LLC
7504 Wiles Rd Ste 101A
Coral Springs, FL 33067-2031

BocaDreams Realty, LLC
Quad Realty Investments, Inc
6699 N Federal Hwy
BOCA RATON, FL 33487-1660

(p)BRIGHTVIEW LANDSCAPES  LLC
ATTN MARC PITTS
980 JOLLY ROAD
SUITE 300
BLUE BELL PA 19422-1957

CMTG Lender 4 LLC / CMTG GS Finance LLC
c/o Mack Real Estate Credit Strategies
60 Columbus Circle
New York, NY 10023-5802

Camino Investment Holdings
Limited Partnership
1515 N. Federal Hwy, Ste 306
Boca Raton, FL 33432-1953

Checkpoint ID, Inc.
28925 Fountain Parkway
Solon, OH 44139-4356

Coldwell Banker Residential Real Estate
Anywhere Real Estate Inc.
1200 N Federal Hwy Ste 111
Boca Raton, FL 33432-2844

Coldwell Banker Residential Real Estate/
Realogy Holdings Corp
1200 N Federal Hwy Ste 111
Boca Raton, FL 33432-2844

DepositIQ and RentersIQ
Insurance Agency LLC
2201 Lakeside Blvd
Richardson, TX 75082-4305

Diligent Services, Inc.
3500  NW  Boca Raton  Blvd
Boca Raton, FL 33431-5851

EVERON, LLC
Iris Group Holdings LLC
PO Box 872987
Kansas City, MO 64187-2987

Ecolo Odor Control
715 N. Dixie Hwy
Hallandale Beach, FL 33009-2336

Elevated Lifestyles Inc
1319 N Larrabee Street
Chicago, IL 60610-1745

Elevated Living
840 SW 10th St
Fort Lauderdale, FL 33315-1206

Ferguson Enterprises, Inc.
Pittsburgh
PO Box 644054
Pittsburgh, PA 15264-4054

Fire Controls Inc
6555 Powerline Road, Ste 214
FORT LAUDERDALE, FL 33309-2049

Fitness Smith, Inc.
3610 Quantum Blvd
Boynton Beach, FL 33426-8637

Floor Safety Solutions Matting Corp
PO Box 669101
Pompano Beach, FL 33066-9101

Floor Safety Solutions Matting Corp.
Edward Bryant- Floor Safety Solutions
1920 NW 18 St., Suite 19
Pompano Beach, FL 33069-1723

Florida Apartment Association, Inc.
200 E. Robinson Street, Ste 900
Orlando, FL 32801-1960

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Georgette Schwartz
Attn: Shiner Law Group P.A.
7800 Congress Ave, Ste 108
Boca Raton FL 33487-1350

HD Supply Facilities Maintenance LTD
PO Box 509058
San Diego, CA 92150-9058

HH Staffing Services
Helping Hands Staffing Services Inc.
2910 University Parkway
Sarasota, FL 34243-2412

Harbourfront Real Estate LLC
250 NW 4th Diagonal
Boca Raton, FL 33432-3726

Highlight Realty Corp
5323 Lake Worth  Road
Lake Worth, FL 33463-3353

Hill Manufacturing Company, Inc.
1500 Jonesboro Rd SE
ATLANTA, GA 30315-4085

Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Restoration LLC
6200 S. Syracuse Way
Ste 230
Greenwood Village, CO 80111-4739

JC Realty Group, Inc.
2641 E. Atlantic Blvd, Suite #304
Pompano Beach, FL 33062-4979

KNOCK, INC
2201 Lakeside Blvd
RICHARDSON, TX 75082-4305

Knockout Exterminators
10112 182nd Ct S
Boca Raton, FL 33498-1609

LeaseHawk
16435 N Scottsdale Rd #280
Scottsdale, AZ 85254-1677

Nations Roof
3772 NW 126 Ave
Coral Springs, FL 33065-2408


(p)NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CENTER DR SUITE 100
COLUMBIA SC 29210-8410

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614


Parking Boss
2911 1/2 Hewitt Ave, Ste 8
Everett, WA 98201-3870

Parlex 15 Finco, LLC Series XIII
345 Park Avenue
New York, NY 10154-0023

Parlex 15 Finco, LLC Series XIII
c/o Thomas M. Wearsch
Jones Day
250 Vesey Street
New York, NY 10281-1052


Parlex 3 Finance, LLC
345 Park Avenue
New York, NY 10154-0023

Parlex 3 Finance, LLC
c/o Thomas M. Wearsch
Jones Day
250 Vesey Street
New York, NY 10281-1052

Penn Florida Capital Corp
1515 N Federal Hwy # 306
Boca Raton, FL 33432-1953


Platinum Group Security
P.G. Security, Inc.
PO Box 4017
Boca Raton, FL 33429

PooPrints
BioPet Vet Lab Inc
409 Bearden Park Circle
Knoxville, TN 37919-7448

RICP V 101 Via Mizner Holdings, LLC
c/o Rockwood Capital, LLC
Attn: Ninaj Shah/Mary Bogino
140 East 45th Street
New York NY 10017-3144


(p)REALPAGE INC
2201 LAKESIDE BOULEVARD
RICHARDSON TX 75082-4305

Rent Dynamics
91 E. 700 S.
Logan, UT 84321-5769

SEC Headquarters
100 F Street, NE
Washington, DC 20549-2001


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131-4901

Spherexx.com
9142 S. Sheridan
Tulsa, OK 74133-5332

Staples
500 Staples Drive
Framingham, MA 01702-4474


Tesla, Inc.
1 Tesla Rd
Austin, TX 78725-4400

The Sherwin-Williams Company
c/o Michael B. Bach, Authorized Agent
DeHaan & Bach LPA
25 Whitney Drive, Suite 106
Milford, OH 45150-8400

US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401-6209


United Realty Group, Inc.
1200 S. Pine Island Rd, Ste 600
Plantation, FL 33324-4465

United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

Via Mizner Lender 1 LLC
c/o Kriss & Feuerstein LLP
360 Lexington Ave, Suite 1200
New York, NY 10017-6502


Via Mizner Lender 2 LLC
c/o Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017-6502

WL GENERAL SERVICES CORP.
1880 N CONGRESS AVE
STE 331
BOYNTON BEACH, FL 33426-8678

WL General Services
1800 N. Congress Ave, Ste 331
Boynton Beach, FL 33426-8679

ZRS Management
2001 Summit Park Dr #300
Orlando, FL 32810-5907

c/o Jerold Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue
New York, NY 10017-6555

casa ott realty
459 Oregon Ln
Boca Raton, FL 33487-1408

Bradley S Shraiberg
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431-8530

Bruce Rosetto
777 S Flagler Dr Suite 300 East
West Palm Beach, FL 33401-6167

Matthew C. Corcoran
325 John H. McConnell Blvd, Ste 600
Columbus, OH 43215-2792

Nicholas J. Morin
250 Vesey Street
New York, NY 10281-1052

Samuel W Hess
2385 N.W. Executive Center Drive
Ste 300
Boca Raton, FL 33431-8530

Thomas M. Wearsch
250 Vesey Street
New York, NY 10281-1052

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BrightView Landscape Services, Inc.
980 Jolly Rd Ste 300
Blue Bell, PA 19422

Navitas Credit Corp
203 Fort Wade Rd, Suite 300
Ponte Vedra Beach, FL 32081

RealPage Inc.
Attn: Legal Dept
2201 Lakeside Blvd
Richardson, TX 75082

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Parlex 15 Finco, LLC  Series XIII, a serie

(u)Prospective Asset Purchaser

(u)ZRS Management, LLC

(u)West Palm Beach

(u)Benson

(d)Palm Beach County Tax Collector
Attn Legal Services
PO Box 3715
West Palm Beach FL 33402-3715

(u)TIG Romspen US Master Mortgage L.P.
c/o Peter H. Levitt, Esq.

End of Label Matrix
Mailable recipients     98
Bypassed recipients      7
Total                  105

Label Matrix for local noticing
113C-9
Case 25-10371-EPK
Southern District of Florida
West Palm Beach
Tue Jul  8 16:26:50 EDT 2025

Via Mizner Pledgor I, LLC
1515 N. Federal Hwy, Ste 306
Boca Raton, FL 33432-1953

TIG Romspen US Master Mortgage LP
Shutts & Bowen
200 S. Biscayne Blvd., Suite 4100
200 S. Biscayne Blvd., Suite 4100
Miami, FL 33131-2362

AB FIRE EQUIPMENT
***DELETED PER ENTRY #33***

Via Mizner Lender 1 LLC, as Administrative A
c/o Jerold Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue
New York, NY 10017-6555

Blackstone Mortgage Trust
345 Park Avenue
New York, NY 10154-0023

Blackstone Mortgage Trust
c/o Thomas M. Wearsch
Jones Day
250 Vesey Street
New York, NY 10281-1052

CMTG Lender 4 LLC / CMTG GS Finance LLC
c/o Mack Real Estate Credit Strategies
60 Columbus Circle
New York, NY 10023-5802

Coldwell Banker Residential Real Estate LLC
C/o Catherine C. Grieve Esq.
304 Indian Trace #508
Weston, FL 33326-2996

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Meister Serling and Fein
125 Park Ave, 7th Floor
New York, NY 10017-5627

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parlex 15 Finco, LLC Series XIII
345 Park Avenue
New York, NY 10154-0023

Parlex 15 Finco, LLC Series XIII
c/o Thomas M. Wearsch
Jones Day
250 Vesey Street
New York, NY 10281-1052

Parlex 3 Finance, LLC
345 Park Avenue
New York, NY 10154-0023

Parlex 3 Finance, LLC
c/o Thomas M. Wearsch
Jones Day
250 Vesey Street
New York, NY 10281-1052

RICP V 101 Via Mizner Holdings, LLC
c/o Rockwood Capital, LLC
Attn: Ninaj Shah/Mary Bogino
140 East 45th Street
New York NY 10017-3144

SEC Headquarters
100 F Street, NE
Washington, DC 20549-2001

Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131-4901

Stewart Management Company
301 N. Market Street, Suite 1410
Wilmington DE 19801-2529

US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401-6209

United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

Bradley S Shraiberg
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431-8530

Matthew C. Corcoran
325 John H. McConnell Blvd, Ste 600
Columbus, OH 43215-2792

Nicholas J. Morin
250 Vesey Street
New York, NY 10281-1052

Thomas M. Wearsch
250 Vesey Street
New York, NY 10281-1052