UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

VIA MIZNER OWNER I, LLC,                      Case No. 20-10369-EPK
                                                                              (Jointly Administered)

VIA MIZNER PLEDGOR I, LLC,                 Case No. 20-10371-EPK

    Debtor.                                                         Chapter 11

_____/

## EXPEDITED MOTION FOR PERMISSION TO PAY BROKER CBRE INC.

### Basis for Expedited Hearing:

**Through this Motion, the Debtor seeks authority to pay its broker in connection with the sale of substantially all of its assets. The Listing Agreement with the Broker calls for payment upon the earlier of the closing of escrow, recordation of deed, or taking of possession by the purchaser. The Debtor expects the sale to close on July 18, 2025. Accordingly, the Debtor requests the Court set this Motion for hearing on or before July 23, 2025.**

Via Mizner Owner I, LLC (the "Debtor") by and through its undersigned counsel hereby and pursuant to 11 U.S.C. §§ 105(a), 328 and 330, respectfully requests that the Court authorize payment of fees and expenses to CBRE Inc. in the sum of **$618,500.00** upon closing or, if closing occurs prior to the hearing on this Motion, approval of this Motion. A copy of CBRE's invoice (the "Invoices") is attached hereto as **Exhibit** A. In support, the Debtor states as follows:

1. On March 13, 2025, the Debtor filed an application (the "Application") to employ CBRE Inc., through a team led by Robert Given, as a broker in connection with the marketing and sale of the apartment complex known as 101 Via Mizner located at 101 E. Camino Real, Boca Raton, FL 33432 (the "Property"). ECF No. 89. The terms of the exclusive listing agreement (the "Listing Agreement") with the firm, as amended pursuant to ECF Nos. 118 and 154, include a fee

1

calculated as 26 basis points (0.26%) of the gross sale proceeds of the Property and reimbursement by the Debtor for expenses incurred of up to $20,000; and payment of the fee at closing of escrow, recordation of deed, or taking of possession by the purchaser (whichever is earlier).

2. The Court entered its *Order Approving Application to Employ CBRE Inc. as Real Estate Broker* (the "Employment Order") on March 21, 2025, and the *Order Granting Motion to Amend Terms of Employment of CBRE Inc.* [ECF No. 154] on July 2, 2025. The amendment to the terms of CBRE's employment are not relevant here.

3. CBRE's compensation has already been approved by the Court. In this case, CBRE, through Robert Given, successfully reached an agreement with a buyer as a result of hard work and a focused approach, which consisted of finding a stalking horse bidder, engaging with numerous groups to find potential Qualified Bidders, and ultimately finding and negotiating with a buyer that is anticipated to pay all traditional creditors in full.

4. Robert Given and his team spent time and incurred expenses on this project. The sale of the Property is expected to close on July 18, 2025. It is traditional for brokers to get paid at closing. Accordingly, the Debtor requests that Robert Given be paid for such services rendered at that time or, if the hearing on this Motion takes place after the closing, upon approval of this Motion.

5. Through this expedited Motion, the Debtor respectfully requests that the Court authorize CBRE to be paid at the closing table or upon approval of this Motion according to the terms approved in the Employment Order: (1) a fee of $611,000.00, which is 0.26% of the purchase price of $235,000,000; and (2) marketing reimbursement fees of $7,500.00 for a total due upon closing of **$618,500.00**.

{2392/001/00567149}

**WHEREFORE**, the Debtor respectfully requests entry of an order (1) approving the fees to be paid to CBRE pursuant to 11 U.S.C. §§ 328 and 330; (2) permitting CBRE to be paid a total of **$618,500.00** upon closing or approval of this Motion; and (3) granting such other relief the Court deems appropriate.

                                                **SHRAIBERG PAGE P.A.**
                                                2385 NW Executive Center Drive,
                                                Suite 300
                                                Boca Raton, Florida 33431
                                                Telephone: 561-443-0800
                                                Facsimile: 561-998-0047
                                                Email: bss@slp.law
                                                Email: shess@slp.law

                                         By:  */s/ Bradley S. Shraiberg*
                                                      Bradley S. Shraiberg
                                                      Florida Bar No. 121622
                                                      Samuel Hess
                                                      Florida Bar No. 1044184

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on July 15, 2025.

                                                                     /s/ *Bradley S. Shraiberg*

# EXHIBIT A

{2392/001/00567149}




401 E. Las Olas Blvd, Suite 1500
Fort Lauderdale, FL 33301
Tel: 954-462-5655

| | DATE: | 7/10/2025 |
|---|---|---|
| | INVOICE # | R Given FTL 07.10.2025 |
| | Project Name: | 101 VIA MIZNER |
| | Broker Name: | Robert Given |

**Bill To:** Via Mizner Owner I LLC
Attn: David Warne, Penn-Florida
1515 N Federal Highway, Suite 306
Fort Lauderdale, FL 33432

### PLEASE SEE NEW PAYMENT INSTRUCTIONS BELOW

| DESCRIPTION | AMOUNT |
|---|---|
| **For services rendered in connection with:** | |
| **101 Via Mizner, 101 E Camino Real, Boca Raton, FL 33432** | |
| Purchase Price: $235,000,000<br>Fee: 0.26%<br>Estimated Closing Date: July 18, 2025 | $ 611,000.00 |
| Marketing Reimbursement per Section 3.2 c of Listing Agreement | $ 7,500.00 |
| **FINAL INVOICE** | $ 618,500.00 |

**Total Due Upon Closing  $618,500.00**