UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Via Mizner Owner I, LLC,                         Case No. 25-10369-EPK
                                                                          (Joint Administration Pending)

Via Mizner Pledgor I, LLC,                     Case No. 25-10371-EPK

           Debtors.                                  Chapter 11
_____/

**NOTICE OF SALE CLOSING AND ASSUMPTION AND
ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that, pursuant to the *Order Approving Sale of Debtor's Assets* [ECF No. 170], the closing (the "Closing") of the sale of substantially all of Via Mizner Owner I, LLC's assets to Mizner 366, LLC (the "Purchaser") occurred on July 18, 2025.

**PLEASE TAKE NOTICE** that, pursuant to the *Order Approving Assumption and Assignment of Executory Contracts, Residential Leases, and Retail Lease* [ECF No. 189] (the "Assumption and Assignment Order"), the Debtor assumed and assigned the following executory contracts to the Purchaser at the Closing:

| Counterparty | Description of Contract |
|---|---|
| Navitas Credit Corp. | Fitness Equipment Lease |
| Platinum Group Security | Security Service Agreement (Concierge/Rover services) |
| Hotwire Communications Ltd. | Communication Services Installation and Service Agreement |
| Otis Elevator Company | Elevator Service and Maintenance |
| Advanced Fire and Security, Inc./Century Fire Protection, Inc. | Life Safety Services |
| Advanced Fire and Security, Inc./Century Fire Protection, Inc. | Advanced Fire & Security Inspection Agreement |
| Advanced Fire and Security, Inc./Century Fire Protection, Inc. | Fire Sprinkler Inspection Agreement |

4897-9705-5251, v. 1

| Advanced Fire and Security, Inc./Century Fire Protection, Inc. | Fire Alarm Annual Inspection Agreement |
|---|---|

**PLEASE TAKE NOTICE** that, pursuant to the Assumption and Assignment Order, the Debtor assumed and assigned to the Purchaser all of the Debtor's Residential Leases and the Retail Lease between the Debtor and Citibank, N.A. at the Closing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive CM/ECF electronic notices in this case on July 22, 2025.

    Respectfully submitted,

    SHRAIBERG PAGE P.A.
    Proposed Attorneys for the Debtor
    2385 NW Executive Center Drive, Suite 300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Facsimile: 561-998-0047
    Email: bss@slp.law
    Email: shess@slp.law

    By: */s/ Samuel W. Hess*
        Bradley S. Shraiberg
        Florida Bar No. 121622
        Samuel W. Hess
        Florida Bar No. 1044184