

**ORDERED in the Southern District of Florida on July 25, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Via Mizner Owner I, LLC                             Case No. 25-10369-EPK
(Jointly Administered)

Via Mizner Pledgor I, LLC                           Case No. 25-10371-EPK

      Debtors.
_____/

**ORDER GRANTING EXPEDITED MOTION FOR
PERMISSION TO PAY BROKER CBRE INC.**

THIS MATTER came before the Court for hearing on July 23, 2025 upon the *Expedited Motion for Permission to Pay Broker CBRE Inc.* [ECF No. 180] (the "Motion") filed by Via Mizner Owner I, LLC (the "Debtor").

For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED** and **ADJUDGED** that:

1.     The Motion [ECF No. 180] is GRANTED.

1

4909-7439-6739, v. 1

2. The Debtor is authorized to pay $618,500.00 to CBRE, Inc. representing a fee of $611,000.00 and marketing reimbursement fees of $7,500.

# # #

Submitted by:

Samuel W. Hess, Esq.
**SHRAIBERG PAGE, P.A.**
Attorneys for the Debtors
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: shess@slp.law

*Samuel W. Hess, Esq. shall serve a copy of this Order on all parties in interest and file a certificate of service with the Court.*

2